# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ADAMS, <br>                         Plaintiff, <br> vs. <br> PALOMAR COLLEGE, <br>                         Defendant. | CASE NO. 18cv2474-LAB (MSB) <br><br> **ORDER OF DISMISSAL** |

On March 5, 2019, this Court ordered Plaintiff Charles Adams to show cause ("OSC") why his case against Palomar College should not be dismissed for lack of federal jurisdiction. Dkt. 7. Adams partially responded on April 2, 2019, requesting that the Court transfer the case under 28 U.S.C. § 1631, which permits a district court lacking jurisdiction to transfer a case to another district court where jurisdiction would be proper. He also requested an extension of time to respond to the OSC through May 3, 2019, which the Court granted.

May 3, 2019 has come and gone, but Adams still has not responded to the OSC. Instead, he has again filed a motion to have the case transferred to a different court. *See* Dkt. 12 (styled as a First Amended Complaint). He does not explain where the case should be transferred or why jurisdiction would be proper there. As explained in the Court's previous order, the chief issue (and the reason the Court issued an OSC in the

first place) is that Adams' claims do not give rise to federal jurisdiction, so the case cannot be saved simply by transfer to a different federal court. The Court **DENIES** Adams' motion to transfer and **DISMISSES THIS CASE WITHOUT PREJUDICE** for lack of federal jurisdiction. Adams is free to pursue his case in state court or in another court where jurisdiction is proper.

**IT IS SO ORDERED.**

Dated: May 10, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge